FILED USDC FLND PN
MAR 11 '22 PM 1:29 GM

United States District Court
Northern District of Florida
Pensacola Division

Jonathan Lee Thomas                   Honourable Judge Hop Thai Cannon
        v                             Case # 3:21cv1906-LC-HTC
Escambia Board of County Commissioners, et al.,

## Motion of Objection to Dismissal

Whereby Plaintiff, Jonathan Lee Thomas objects to courts dismissal based on failure to Exhaust and failure to state a claim, and allow Plaintiff reasonable opportunity to craft on complaint to satisfy court procedures on grounds which support this motion

1) Plaintiff is a pro se applicant in an elementary state of knowledge without legal council to aid or guide in rules and procedures of court

2) Evidence along with dates can be submitted that may prove plaintiff did exhaust and defendants still chose to not comply

3) Even though plaintiff filled prematurely an second amended complaint within a week of first amended complaint, court admits it did not screen first amended complaint because of that, and therefore second complaint should be considered first

4) wherefore Plaintiff ask court to move on motion, withdraw dismissal and allow plaintiff to comply with rules of the court.

Jonathan Lee Thomas
010202 4137
Escambia County Jail
1080 North Pace Blvd
Pensacola, FL 32505

PENSACOLA FL 325
10 MAR 2022 PM 1 L

RECEIVED MAR 11 2022

Mailed From
Escambia County Jail
Dorm 1

32502-566599

US District Court
1 North Palafox Street
Pensacola, FL 32502