UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE THOMAS,
    Plaintiff,

vs.                                      Case No.:  3:21cv1906/LAC/HTC

ESCAMBIA COUNTY JAIL, ESCAMBIA
COUNTY BOARD OF COMMISSIONERS,
    Defendants.
_____/

## **ORDER**

    The magistrate judge issued a Report and Recommendation on March 4, 2022 (ECF No. 11), recommending dismissal based on Plaintiff's failure to exhaust and failure to state a claim. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1906-LC-HTC

Page of 2

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. This case is dismissed for failure to exhaust and for failure to state a claim.

3. The clerk of court is directed to close this case.

**ORDERED** on this 22nd day of March, 2022.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge
